**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1251**

---

ELMER OSWALDO VARGAS-AGUILA,

Petitioner,

v.

PAMELA JO BONDI, Attorney General,

Respondent.

---

On Petition for Review of an Order of the Board of Immigration Appeals.

---

Submitted:  November 3, 2025                    Decided:  January 8, 2026

---

Before RICHARDSON, Circuit Judge, and TRAXLER and KEENAN, Senior Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

**ON BRIEF:**  Ronald D. Richey, LAW OFFICE OF RONALD D. RICHEY, Germantown, Maryland, for Petitioner.  Brett Shumate, Assistant Attorney General, Lisa M. Arnold, Deitz P. Lefort, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elmer Oswaldo Vargas-Aguila, a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals dismissing Vargas-Aguila's appeal from the Immigration Judge's denial of his applications for asylum, withholding of removal, and protection under the Convention Against Torture. We have thoroughly reviewed the record and Vargas-Aguila's claims and conclude that the evidence does not compel a ruling contrary to any of the administrative factual findings, *see* 8 U.S.C. § 1252(b)(4)(B), and that substantial evidence supports the denial of relief, *see INS v. Elias-Zacarias*, 502 U.S. 478, 481 (1992). Accordingly, we deny the petition for review. *In re Vargas-Aguila* (B.I.A. Feb. 20, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*